**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

CHRISTOPHER ADAM JACKSON,

Petitioner,

v. CIVIL ACTION NO. 5:25-cv-00476

STATE OF WEST VIRGINIA and
PAUL BLUME and
RALEIGH COUNTY MAGISTRATE JUDGE and
RALEIGH COUNTY PROSECUTING ATTORNEY'S OFFICE and
John Gallagher,
*Head Prosecutor*, and
ASHLEY ACORD,
*Asst Prosecutor*, and
MARIE BECHTEL,
*Asst Prosecutor*, and
ATTORNEY GENERALS OFFICE
FOR THE STATE OF WEST VIRGINIA and
SOUTHERN REGIONAL JAIL
AND CORRECTIONAL FACILITY and
DAVID L. KELLEY,
*Commissioner*, and
DOUGLAS P. BUFFINGTON, II,
*Acting Cabinet Secretary*, and
CURTIS DIXON,
*Jail Superintendent*, and
ANDREW HUDSON,
*Jail Deputy Superintendent*, and
WEXFORD HEALTH SOURCES, INC.,
*Et Alt*, and
ANTHONY SALVATORE,
*Esq.*, and
VALERIE BROWN,
*Jail Unit Manager*,

Respondents.

**ORDER**

Pending is Plaintiff Christopher Adam Jackson's *pro se* motion titled Notice of Withdrawal of Original Complaint, Request to Strike, and Status Clarification [ECF 14], filed on June 25, 2026. This action was previously referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Tinsley filed his PF&R [ECF 15] on August 21, 2026. Magistrate Judge Tinsley recommended that the Court either (1) construe Plaintiff's *pro se* motion as either a voluntary notice of dismissal and dismiss the matter without prejudice or, in the alternative, (2) dismiss the case without prejudice pursuant to Rule 41(b) of the *Federal Rules of Civil Procedure*. [*Id.* at 8].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on September 8, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[ECF 15]**, **CONSTRUES** Petitioner's *pro se* motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure* and **DISMISSES WITHOUT PREJUDICE** the matter.

The Court directs the Clerk to transmit a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 15, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF WEST VIRGINIA

Frank W. Volk
Chief United States District Judge